[Cite as *Fenner v. Stonelick State Park*, 2010-Ohio-6635.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

LYLE FENNER

     Plaintiff

     v.

Case No. 2010-09159-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>     STONELICK STATE PARK

     Defendant

{¶ 1} On July 19, 2010, this court issued a Return of Complaint Form/Direction to Complete Form requiring plaintiff to file a corrected complaint providing a complete mailing address for defendant. Plaintiff was also ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

                                      _____

                                      DANIEL R. BORCHERT
                                      Deputy Clerk

Entry cc:

Lyle Fenner
P.O. Box 693
195 Lin-Kar Drive
Lynchburg, Ohio 45142

DRB/laa
Filed 10/13/10

Sent to S.C. reporter 1/21/11